# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**LIBERTARIAN PARTY**                                                                            **PLAINTIFFS**
**OF ARKANSAS,** *et al.*

v.                      **Case No. 4:19-cv-00214-KGB**

**JOHN THURSTON, in his official capacity as**
**Secretary of State for the State of Arkansas**                      **DEFENDANT**

## ANSWER

Defendant John Thurston, in his official capacity as Secretary of State for the State of Arkansas, files this Answer to Plaintiffs' Complaint (Doc. No. 1).  Except as otherwise alleged in this Answer, Defendant denies every allegation in the Complaint, including any allegations in the Complaint's headings.  Defendant responds to the numbered paragraphs in the Complaint with the following correspondingly numbered paragraphs:

1. Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph.

2. Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph.

3. Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph.

4. Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph.

5. Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph.

6. Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph.

7. Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph.

8. Defendant admits that he is the duly elected Secretary of State for the State of Arkansas and that his offices are at the address specified in this paragraph. Defendant otherwise denies that this paragraph authoritatively characterizes his duties under Arkansas law. Defendant respectfully directs the Court to the Arkansas Constitution and Code for an authoritative account of his duties under Arkansas law.

9. Defendant denies that Plaintiffs are entitled to any of the relief mentioned in this paragraph. The remainder of this paragraph contains legal arguments and conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations in this paragraph.

10. This paragraph describes the remedies that Plaintiffs request and summarizes the legal arguments and conclusions that supposedly entitle them to those remedies. Defendant denies that Plaintiffs are entitled to any of the relief discussed in this paragraph. The legal arguments and conclusions in this paragraph require no response. To the extent a response is required, Defendant denies the allegations in this paragraph.

11. This paragraph contains legal arguments and conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations in this paragraph. Defendant respectfully directs the Court to the cited provisions of the Arkansas Code for the official text of those provisions.

12. This paragraph contains legal arguments and conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations in this paragraph.

13. This paragraph contains legal arguments and conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations in this paragraph. Defendant respectfully directs the Court to the cited sessions laws for the official text of the acts of the Arkansas General Assembly discussed in this paragraph.

14. This paragraph contains legal arguments and conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations in this paragraph. Defendant respectfully directs the Court to the cited provisions of the Arkansas Code for the official text of those provisions.

15. Defendant admits that Arkansas Code 7-7-205 establishes the "[p]etition requirements for new political parties." Defendant otherwise denies the allegations in this paragraph.

16. This paragraph contains legal arguments and conclusions to which no response is required. Defendant otherwise denies the allegations in this paragraph.

17. Defendant admits that for 2020 the Arkansas preferential primary election will occur on March 3, that the Arkansas general primary election will occur on March 31, and that the general election will occur on November 3. The remainder of this paragraph contains legal arguments and conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations in this paragraph.

18. This paragraph contains legal arguments and conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations in this paragraph.

  A. This subparagraph contains legal arguments and conclusions to which no response is required.  To the extent a response is required, Defendant denies the allegations in this subparagraph.

  B. This subparagraph contains legal arguments and conclusions to which no response is required.  To the extent a response is required, Defendant denies the allegations in this subparagraph.

 19. This paragraph contains legal arguments and conclusions to which no response is required.  To the extent a response is required, Defendant denies the allegations in this paragraph.

 20. Because this paragraph re-alleges all the allegations already made in the Complaint, Defendant restates his response to each of those allegations.

 21. This paragraph contains legal arguments and conclusions to which no response is required.  To the extent a response is required, Defendant admits that this is the text of the First Amendment to the U.S. Constitution:  "Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof; or abridging the freedom of speech, or of the press; or the right of the people peaceably to assemble, and to petition the Government for a redress of grievances."  Defendant otherwise denies the allegations in this paragraph.

 22. Defendant denies the allegations in this paragraph.

 23. Defendant denies the allegations in this paragraph.

 24. Defendant denies the allegations in this paragraph.

 25. Defendant denies the allegations in this paragraph.  Defendant also denies that Plaintiffs are entitled to the relief requested in this paragraph.

26. Because this paragraph re-alleges all the allegations already made in the Complaint, Defendant restates his response to each of those allegations.

27. This paragraph contains legal arguments and conclusions to which no response is required. To the extent a response is required, Defendant admits that Section 1 of the Fourteenth Amendment to the U.S. Constitution contains this text: "No State shall . . . deny to any person within its jurisdiction the equal protection of the laws." Defendant otherwise denies the allegations in this paragraph.

28. This paragraph contains legal arguments and conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations in this paragraph.

29. Defendant denies the allegations in this paragraph.

30. Defendant denies the allegations in this paragraph. Defendant also denies that Plaintiffs are entitled to the relief requested in this paragraph.

31. Because this paragraph re-alleges all the allegations already made in the Complaint, Defendant restates his response to each of those allegations.

32. Defendant denies the allegations in this paragraph.

33. Defendant denies the allegations in this paragraph.

**DEFENSES**

34. Plaintiffs lack standing.

35. Defendant is entitled to immunity under the U.S. Constitution, including under the Eleventh Amendment, and under general principles of sovereign immunity to any suit or claim.

36. Plaintiffs have failed to state a claim upon which relief can be granted.

37.　Because Defendant presently is without sufficient knowledge or information on which to form a belief about whether he may have other defenses, Defendant reserves the right to assert other defenses in the event that discovery indicates that they would be appropriate.

## RESPONSE TO PRAYER FOR RELIEF

Defendant denies that Plaintiffs are entitled to any of the relief that they request. Defendant respectfully requests instead that the Court dismiss the Complaint.

Dated:  April 18, 2019

Respectfully submitted,

LESLIE RUTLEDGE
Arkansas Attorney General

/s/ *Nicholas J. Bronni*
Nicholas J. Bronni (2016097)
  Arkansas Solicitor General
Dylan L. Jacobs (2016167)
  Assistant Solicitor General
OFFICE OF THE ARKANSAS
  ATTORNEY GENERAL
323 Center Street, Suite 200
Little Rock, AR 72201
(501) 682-2007
(501) 682-2591 (fax)
nicholas.bronni@arkansasag.gov

*Counsel for Defendant*