IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| LIBERTARIAN PARTY OF ARKANSAS, ) <br> SANDRA CHANEY RICHTER, ) <br> MICHAEL PAKKO, ) <br> RICKY HARRINGTON, JR, ) <br> CHRISTOPHER OLSON, and ) <br> MICHAEL KALAGIAS,   ......Plaintiffs ) <br> ) <br> v.                                                    ) <br> ) <br> JOHN THURSTON, in his official capacity as  ) <br> Secretary of State for the State of Arkansas, ) <br>                                        .....Defendant.) | Case No. 4:19-cv-214-KGB |

## PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

COME now the Plaintiffs herein, by their undersigned counsel, James C. Linger and W. Whitman Hyman, and, pursuant to Fed. R. Civ. Proc. 65(a), hereby move this Court for a preliminary injunction enjoining the Defendant, John Thurston, in his official capacity as Secretary of State for the State of Arkansas (hereinafter referred to as Defendant), his agents, servants, and employees, and all those in active concert or participation with them, from enforcing the provisions of Ark. Code Ann. §§ 7-7-101, 7-7-203(c)(1), 7-7-205(a)(2), 7-7-205(a)(4)(B), 7-7-205(a)(6), and 7-7-205(c)(3), as they apply to the Plaintiffs herein for the 2020 Arkansas general election cycle, so as to prevent the Plaintiffs, particularly the Libertarian Party of Arkansas and its supporters, from conducting a successful petition drive for political party recognition of the Libertarian Party in Arkansas for the general election to be held on November 3, 2020, with a petition signature requirement of 10,000 valid petition signatures—as was previously required by Arkansas law, until a final hearing and determination of the merits in the instant case. Plaintiffs specifically request that the Court in its preliminary injunction and order require the Defendant herein, his agents, servants, and employees, and all those in active concert

or participation with them, to accept and allow the Plaintiff Libertarian Party of Arkansas to submit petition signatures in a minimum total of 10,000 valid petition signatures of registered Arkansas voters for the purpose of achieving recognition as a political party in the State of Arkansas for the general election to be conducted on November 3, 2020, and, if the Plaintiff Libertarian Party of Arkansas does submit at least 10,000 valid petition signatures of registered Arkansas voters, to order the Defendant to recognize the Libertarian Party of Arkansas as a recognized political party in the State of Arkansas for the 2019-2020 Arkansas election cycle for the general election on November 3, 2020.

Unless Defendant is restrained and enjoined by order of this Court, Plaintiffs will suffer immediate and irreparable injury, loss, and damage in that the Plaintiffs herein and other like-minded Arkansas voters and supporters of the Plaintiff Libertarian Party of Arkansas will be denied their right to equal protection of the laws, the right to political association, the right to petition for political party recognition with a constitutional petition signature requirement and petition signature deadline, and the right to cast their vote effectively for all the candidates of their choice for elective office in the State of Arkansas for the November 3, 2020, Arkansas general election. The facts and circumstances surrounding the aforesaid immediate and irreparable injury which the Plaintiffs herein will undergo is more fully set forth in the Complaint filed herein and the Affidavit of Michael Pakko, marked Plaintiffs' Exhibit No. 1, attached hereto, and made a part of this Motion for Preliminary Injunction as though fully set forth herein. This Motion is made on the additional ground that Plaintiffs have no adequate remedy at law.

Prior to issuance of the preliminary injunction prayed for herein, Plaintiffs are ready, willing, and able to execute a bond payable to the Defendant or provide other security in such

sum as this Court deems proper for such cause and damages, if any, as may be incurred, or suffered by any party found to have been wrongfully enjoined or restrained.

DATED this 3rd day of May, 2019.

> LIBERTARIAN PARTY OF ARKANSAS,
> SANDRA CHANEY RICHTER,
> MICHAEL PAKKO,
> RICKY HARRINGTON, JR.,
> CHRISTOPHER OLSON, and
> MICHAEL KALAGIAS, Plaintiffs
>
> /s/ James C. Linger
> James C. Linger, OBA#5441
> 1710 South Boston Avenue
> Tulsa, OK 74119-4810
> Telephone (918) 585-2797
> Facsimile (918) 583-8283
> bostonbarristers@tulsacoxmail.com
>
> W. Whitfield Hyman, ABN # 2013-237
> King Law Group
> 300 North 6th Street
> Fort Smith, Arkansas 72901
> (479) 782-1125 Telephone
> (479) 316-2252 Facsimile
> william.hyman@gmail.com
>
> *Counsel for Plaintiffs*

## CERTIFICATE OF ELECTRONIC SERVICE

I hereby certify that a true and exact copy of the foregoing has been served on all counsel of record via the Court's CM/ECF e-mail notification system on the 3rd day of May, 2019.

> /s/ James C. Linger
> James C. Linger