```
Court Name: EASTERN DISTRICT OF ARKANSAS
Division: 4
Receipt Number: LIT073076
Cashier ID: japige
Transaction Date: 07/18/2019
Payer Name: ARKANSAS STATE AUDITOR
------------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: ARKANSAS STATE AUDITOR
 Case/Party: D-ARE-4-19-CV-000214-001
 Amount:        $505.00
------------------------------------
CHECK
 Check/Money Order Num: 20100020069
 Amt Tendered: $505.00
------------------------------------
Total Due:      $505.00
Total Tendered: $505.00
Change Amt:     $0.00


"Only when bank clears the check,
money order, or verifies credit of
funds is the fee or debt officially
paid or discharged.  A $53 fee will
be charged for a returned check."
```

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUL 1 8 2019

JAMES W. McCORMACK, CLERK
By: _____
                    DEP CLERK