IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

LIBERTARIAN PARTY
OF ARKANSAS, et al.                                            PLAINTIFFS


   v.                          Case No. 4:19-cv-00214-KGB

JOHN THURSTON, in his official
capacity as Secretary of State for
the State of Arkansas,                                        DEFENDANT

---

# ATTACHMENT

# PLAINTIFFS' EXHIBIT "3"

# TIME SHEET OF JAMES C. LINGER

LPAR, et al. v. Thurston, etc.                                    P a g e | **1**

| Date | Description | Hours |
|------|-------------|-------|
| 02-20-2019 | Email from Bill Redpath re Arkansas case | .1 |
| 02-21-2019 | Rec. and rev. of email from Dr. Michael Pakko re phone conference with Bill Redpath of the LNC Ballot Access Committee | .1 |
| | Legal research re current Arkansas election laws as to new political parties, petition deadline, petitioning period, and petition signatures required | .5 |
| | TC Conf. w/ Bill Redpath and Dr. Michael Pakko re 90-day petition period, proposed new laws, lawsuit, retainer, and local counsel | .6 |
| | Email from Dr. Pakko re local counsel | .1 |
| | Email from Whit Hyman re local counsel (.1) | N/C |
| 02/22/2019 | Email to Whit Hyman re local counsel (.1) | N/C |
| | Email from Whit Hyman re contact information (.3) | N/C |
| 02/25/2019 | TC w/ Dr. Pakko | .1 |
| 03/01/2019 | TC w/ Richard Winger re Arkansas legislature and movement of petition deadline | .1 |
| 03-18-2019 | Rec. and rev. of statement from Libertarian Party of Arkansas on SB 163 | .2 |
| | Email from Dr. Pakko re Plaintiffs and alternatives | .1 |
| | Rec. of ltr. and retainer check | .1 |
| | Email to Dr. Pakko re Plaintiffs, candidates, and receipt of retainer check | .1 |
| 03/20/2019 | Rec. of emails from Dr. Pakko re candidates and Plaintiffs (2) | .2 |
| 03/21/2019 | Email from Richard Winger re legislation and filing of lawsuit | .1 |

LPAR, et al. v. Thurston, etc.                                    P a g e | 2

| | | |
|---|---|---|
| 03/25/2019 | Emails from Dr. Pakko re Act 545 re deadlines, candidacies, prior lawsuit, present legal action, problems with early primary | .3 |
| | Email from Richard Winger re filing of lawsuit, potential nominees' filing of declaration of candidacy, prior cases | .1 |
| | Prep. of Complaint and legal research | 4.9 |
| 3-26-2019 | Legal research election statutes and cases | 2.5 |
| | Revision of Complaint and email to Whit Hyman, Richard Winger, and Dr. Pakko | .8 |
| | Obtaining Certificate of Good Standing from Court Clerk from Northern District of Oklahoma (.6)($19.00 for Certificate) | N/C |
| | Prep. of Motion for Leave to Appear Pro Hac Vice, Affidavit, and proposed Order | .5 |
| | Prep. of cover page, notice of lawsuit and request to waive service of summons, waiver of service of summons, summons in a civil action, complaint, and motion for admission to practice *pro hac vice* | 1.9 |
| 03-27-2019 | Email from Dr. Pakko re revised Complaint and suggested changes | .2 |
| | Ltr. and mlg. by Federal Express ($27.68) to Whit Hyman with enclosed revised Complaint, Motion for Leave to Appear Pro Hac Vice with two attached exhibits, proposed Order, civil cover page, filing fee check--$400.00, $100.00 check for Pro Hac Vice motion, Summons for the Defendant, one copy of the Duty to Avoid Unnecessary Cost of Service of Summons, one Notice of Lawsuit and Request for Waiver of Service of Summons for Defendant, and one Waiver of Service of Summons, and discussion of service, filing, copies, and proposed Motion for Preliminary Injunction and Supporting Brief | .8 |
| 03-28-2019 | TC w/ Whit Hyman (5) | .5 |

LPAR, et al. v. Thurston, etc.                                    P a g e | 3

|  |  |  |
|---|---|---|
| | TC w/ Dr. Michael Pakko | .2 |
| | Email from Dr. Pakko | .1 |
| | Emails from Richard Winger (3) | .3 |
| | Emails from Paul Frankel, petitioner (2) | .2 |
| | Email from Ken Moellhan, Jr. | .1 |
| | Rec. of order directing the clerk to reassign case | .2 |
| | Notice of reassignment to Judge Kristine Baker | .1 |
| 03-29-2019 | Email to Whit Hyman (.1) | N/C |
| | Email from Winger re press release (.1) | N/C |
| 04-03-2019 | TC w/ Court Clerk re error in cover page (.1) | N/C |
| | Email to Court Clerk of ltr and corrected cover re mistake on civil cover sheet filed on March 28, 2019, correction of mistake as to attorneys listed for the Defendant, etc., and request to substitute the transmitted cover page as a replacement for the cover page filed with Court Clerk on March 28, 2019 (.3) | N/C |
| | TC w/ Courtroom Deputy Tracy for Judge Baker | .1 |
| | Rec. of Notice of docket correction (.1) | N/C |
| 04-04-2019 | Prep. and filing of Amended Motion to Amend/Correct Motion for Leave to Appear *Pro Hac Vice* by James C. Linger  (1.1) | N/C |
| 04-05-2019 | Rec. and rev. of Order granting Amended Motion to Appear Pro Hac Vice for JCL | .1 |
| 04-10-2019 | Email from Dr. Pakko re annual convention, Status and progress of petition drive, and Probable need for emergency injunction | .1 |

LPAR, et al. v. Thurston, etc.                                    P a g e | **4**

| | | |
|---|---|---|
| 04-17-2019 | Rec. of Notice of Appearance of Nicholas Bronni, Arkansas Solicitor General | .1 |
| | Rec. of Notice of Appearance of Dylan Jacobs, Assistant Solicitor General | .1 |
| 04-18-2019 | Receipt and rev. of Answer filed by Secretary Thurston | .3 |
| | Mtg. w/ Whit Hyman re petition drive, case status, Motion for Preliminary Injunction, witnesses, and availability | 1.0 |
| | Email to Dr. Pakko of Answer and representation of Defendant and discussion of mtg. between JCL and Whit Hyman in Tulsa as to case, Petition drive, and dates for hrg. | .2 |
| | Email from Dr. Pakko re status and projections for petition drive | .1 |
| 04-24-2019 | Email from Dr. Pakko re petition progress and projections and available dates for hearing | .1 |
| | Email from Lauren Daugherty, Development Director, Libertarian National Committee re lawsuit in Arkansas and notice | .1 |
| 04-29-2019 | Email to Dr. Pakko re status of petition drive, Motion for Preliminary Injunction, and timing | .1 |
| | Email from Richard Winger re petition progress and timing for injunction | .1 |
| | Email from Dr. Pakko re petition drive status | .1 |
| 04-30-2019 | Prep. of proposed Affidavit for Dr. Pakko and email of proposed Affidavit in rough draft and request for review and comments with copies to Richard Winger and Whit Hyman | .6 |
| | Rec. and rev. of initial scheduling order and proposed scheduling order from court | .2 |

LPAR, et al. v. Thurston, etc.                                              P a g e | 5

|            |                                                                                                                                                                        |     |
|------------|------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-----|
|            | Email from Richard Winger re petitioning history in Arkansas re Green Party in 2014 and suggested changes to Affidavit                                                  | .1  |
|            | Email from Dr. Pakko re Affidavit and suggested changes                                                                                                                 | .2  |
| 05-01-2019 | Prep. of Motion for Preliminary Injunction and Supporting Brief                                                                                                        | 2.8 |
|            | Email to Dr. Pakko of proposed Motion for Preliminary Injunction and suggested timeline for case                                                                       | .1  |
|            | Emails from Dr. Pakko re deadline request and beginning of petition drive and update for completion, and affidavit changes (3)                                         | .3  |
| 05-02-2019 | Email to Dr. Pakko re correction to Affidavit and past election cases and petition validity rate                                                                      | .2  |
|            | Email from Dr. Pakko re past two election cycles, petition validity rate, and current petition drive update                                                           | .1  |
|            | Email from Richard Winger re prior election results and petition requirements                                                                                         | .1  |
|            | Legal research, prep. of Motion for Preliminary Injunction and supporting Brief                                                                                       | 3.6 |
| 05-03-2019 | Legal research and prep. of revised Plaintiffs' Motion for Preliminary Injunction, Affidavit of Dr. Pakko, and Plaintiffs' Memorandum Brief in Support of their Complaint and Motion for Preliminary Injunction | 3.8 |
|            | Prep. & filing of Plaintiffs' Motion for Preliminary Injunction with attached Exhibits And Plaintiffs' Brief in Support of their Complaint and Motion for Preliminary Injunction | .4  |
| 05-06-2019 | TC w/ Dylan Jacobs (2)                                                                                                                                                 | .3  |
|            | TC w/ Whit Hyman (2)                                                                                                                                                   | .2  |

LPAR, et al. v. Thurston, etc.                                    P a g e | 6

|  |  |  |
|---|---|---|
|  | Rec. and rev. of Unopposed Motion for Extension of Time by Defendant | .1 |
|  | TC conf. w/ Dr. Pakko re court hrg. on Motion For Preliminary Injunction | .3 |
| 05-07-2019 | Rec. and rev. of email from Jacob White, law clerk to Judge Baker, re Motion for Preliminary Injunction, inquiry as to whether either party requests a hearing, dates for hrg., and written response | .1 |
|  | Email from Hyman | .1 |
|  | TC w/ Whit Hyman (2) | .3 |
|  | TC w/ Dylan Jacobs | .3 |
|  | Email to Dr. Pakko, Hyman, Winger re court hrg | .2 |
|  | Email from Dr. Pakko re court hrg. | .1 |
|  | Email ltr. to Jacob White re hrg. on Plaintiffs' Motion for Preliminary Hrg., time for hrg., scheduling for AG's office, Defendant's request for an extension of time, preferred time for hrg., work on Joint Stipulation of Facts, and preferred dates w/ copies to Bronni and Hyman | .3 |
|  | Email from Dylan Jacobs re hrg. | .1 |
|  | Email from Jacob White re hrg. 6/4/2019 (.1) | N/C |
|  | Email to Jacob White and other attorneys re hearing (.2) | N/C |
|  | Rec. and rev. of Order Granting Unopposed Motion for Extension of Time by Defendant | .1 |
|  | Prep. of Joint Stipulations of Fact | .7 |
| 05-08-2021 | Email to Richard Winger and Dr. Pakko re Joint Stipulations of Fact work progress, past election history in Arkansas, past petition requirements | .2 |

LPAR, et al. v. Thurston, etc.                                    P a g e | **7**

| | | |
|---|---|---:|
| | Email to Richard Winger and Dr. Pakko re Joint Stipulations of Fact and inquiry as to 2018 election as to uncontested contest and past success in petitioning as to independent candidates | .2 |
| | Emails from Dr. Pakko re hrg. and petitioning (2) | .2 |
| | Prep. of Joint Stipulations of Fact | 1.0 |
| | Email from Dylan Jacobs to law clerk re hrg. | .1 |
| | Email from Richard Winger re 2010 and 2018 elections | .1 |
| | Email to Richard Winger, Dr. Pakko, Whit Hyman re Joint Stipulations | .1 |
| | Email from Richard Winger re Stipulations of Facts | .1 |
| | Email from Whit Hyman re contributions (.1) | N/C |
| | Rec. and rev. of email from Dr. Pakko re unopposed races, and chart of Libertarian participation in Arkansas elections in 2016 and 2018 | .2 |
| 05-09-2019 | Email to Dr. Pakko, Whit Hyman, and Richard Winger re problems with AG's email at office, acceptance of June 4th date at 9:00 for hearing, transmittal of rough draft of joint stipulations of fact, review, suggestions for future additions, current ballot status for other races and possibilities for agreements as to stipulations | .2 |
| | Emails from Dr. Pakko re changes to stipulations and effect of recent legislation (2) | .2 |
| | Revision of Joint Stipulations of Fact and email to Dr. Pakko, Winger, and Hyman | .8 |
| | Email from Dylan Jacobs | .1 |

LPAR, et al. v. Thurston, etc.                                             P a g e  | 8

| | | |
|---|---|---|
| | Email to Dr. Pakko and Richard Winger re Disagreement as to unopposed State representatives | .1 |
| | Email from Dr. Pakko re reason for differences as to unopposed races and proposed stipulations (2) | .2 |
| | Email from Richard Winger re status of Unopposed races | .1 |
| 05-10-2019 | Revision of Joint Stipulations of Fact and email to Dr. Pakko, Hyman, and Winger | .8 |
| | Rec. and rev. of Order and Notice of Hearing from Court | .1 |
| | Email to Dr. Pakko, Hyman, and Winger of Order for Hearing and comment on hearing | .3 |
| | Email from Winger re Affidavit | .1 |
| | Email to Winger re Affidavit | .2 |
| 05-13-2019 | TC w/ Dylan Jacobs re case and stipulations | .1 |
| | Revised Joint Stipulations of Fact and email and transmittal thereof to Dr. Pakko, Whit Hyman, and Richard Winger | .6 |
| | Email from Dr. Pakko re proposed stipulations | .1 |
| 05-14-2019 | Prep. of proposed joint stipulations of fact, email to Dylan Jacobs of proposed joint stipulations of fact and request for review | .4 |
| | Email to Dr. Pakko and Richard Winger re proposed stipulations, changes in population of Arkansas, and reasons for legislative changes | .2 |
| 05-15-2019 | Email from Richard Winger re Rhode Island, Minnesota, and New Hampshire petition requirements re Affidavit | .2 |

LPAR, et al. v. Thurston, etc.                                    P a g e | 9

|  |  |  |
|---|---|---|
|  | Email to Richard Winger re Rhode Island election law, deadlines, past party history as to petitioning, 90-day petitioning periods, and percentage requirements | .2 |
|  | Email from Richard Winger re other State requirements and applicability and comparison to Arkansas | .2 |
|  | Prep. of Winger Affidavit | .5 |
| 05-16-2019 | Email from Richard Winger re petition requirement percentages, other state laws, and proposed affidavit | .2 |
|  | Emails to Richard Winger re Affidavit, past testimony, petition signature requirements, petition deadlines, and 90-day petitioning period | .2 |
|  | Email from Richard Winger re Affidavit, deadline and signature requirement and other State laws | .2 |
|  | Email to Richard Winger as to suggestions and proposed Affidavit | .1 |
|  | Email from Richard Winger re pre-election year deadlines | .1 |
|  | Emails to Richard Winger re Utah legislation and deadline and signatures (2) | .2 |
|  | Email from Richard Winger re Utah signature requirement and State size in congressional districts | .1 |
|  | Email to Richard Winger re populations in 2018 of Utah and Arkansas | .2 |
| 05-17-2019 | Email to Dr. Pakko, Whit Hyman, and Richard Winger with copies of decision in Citizens to establish a Reform Party in Arkansas v. Priest and Green Party of Arkansas v. Daniels, proposals for joint stipulations | .3 |

LPAR, et al. v. Thurston, etc.                                    P a g e | **10**

|  |  |  |
|---|---|---|
| | Prep. of proposed Affidavit for Richard Winger as per previous discussions w/ copies to Dr. Pakko and Whit Hyman, witness and exhibit list, use of affidavits at hearing, and need for updated CV as to Richard Winger | .2 |
| | Email from Richard Winger re affidavit and additional suggestions for changes and past election and legislative history | .2 |
| | TC to Dylan Jacobs (left message) (.1) | N/C |
| | Revision of Winger Affidavit and email to Winger, Dr. Pakko, and Hyman | .5 |
| 05-18-2019 | TC w/ Richard Winger re case status, Affidavits, hearing, stipulations, and witnesses | .2 |
| | Email to Richard Winger as to change in Affidavit Presidential candidates in Arkansas | .1 |
| 05-19-2019 | Email from Richard Winger re Arkansas presidential candidates 1980-1996 | .1 |
| 05-20-2019 | TC w/ Dylan Jacobs | .1 |
| | Prep. of revised Affidavit and email to Richard Winger w/ revised Affidavit w/ changes and corrections and need for notarization | .4 |
| | Email from Richard Winger re new modifications to Affidavit as to past history of petitioning and changes to law | .1 |
| | Revision of Winger Affidavit, email to Richard Winger, and proposed other suggestions and stipulations and emailing to Dr. Pakko and Hyman | .5 |
| 05-21-2019 | Email from Dr. Pakko re petition drive progress, preliminary injunction hearing, effect of injunction, present financial resources, and plans if unfavorable court ruling | .2 |
| | Email to Richard Winger re Affidavit | .1 |

|  | Revision of Winger Affidavit and email to Winger, Dr. Pakko, and Hyman | .4 |
| 05-22-2019 | Email to Dr. Pakko, Bill Redpath, Winger, and Hyman re case | .2 |
|  | Email to Richard Winger re correction and change to Affidavit and Trip to Great Lakes | .2 |
|  | Emails from Richard Winger re trip to Toronto and unavailability for hearing in June (2) | .2 |
|  | Email to Richard Winger re unavailability as to June 4th hearing and modification and update of Affidavit | .2 |
|  | Email to Richard Winger re Arkansas retention requirement (.1) | N/C |
|  | Email from Richard Winger re Green Party of Arkansas v. Daniels (.1) | N/C |
| 05-24-2019 | Email from Dr. Pakko w/ Exhibit | .1 |
|  | Email to Dr. Pakko re Exhibit | .1 |
|  | Rec. and rev. of Response in Opposition to Motion for Preliminary Injunction by Defendant and Declaration of Peyton Murphy and Declaration of M.V. Hood, III | 1.7 |
|  | TC w/ Dylan Jacobs re case, stipulations, and Brief | .1 |
|  | Email to Dylan Jacobs and Nicholas Bronni re revised Joint Stipulations, typo, redate of filing, and discussion of *Citizens to Establish a Reformed Party v. Priest* and *Green Party of Arkansas v. Daniels* | .2 |
|  | Rec. and rev. of Response and Exhibits from Secretary of State | .4 |
|  | Rec. of Notice of Appearance of Vincent M. Wagner, Deputy Solicitor General | .1 |

LPAR, et al. v. Thurston, etc.                                    P a g e | **12**

| | | |
|---|---|---|
| | Email of State's response to Dr. Pakko and Richard Winger | .4 |
| | TC from Richard Winger | .2 |
| | Email from Richard Winger re Reform Party decision and Judge Beam (.3) | N/C |
| | Rec. and rev. of emails from Richard Winger of documents as to Reform Party case of Arkansas v. Priest and chronology of appeal in 8th Circuit in 1997 (2) | .3 |
| 05-25-2019 | Rev. of Response in Opposition to Motion for Preliminary Injunction, Exhibits of Defendant for Response, and Legal Research | 2.6 |
| 05-26-2019 | Email from Dr. Pakko re response and hearing | .2 |
| | Email to Dr. Pakko and Richard Winger w/ Copy of response of Arkansas SOS as to the Motion for Preliminary Injunction | .2 |
| | Email to Dr. Pakko and Richard Winger of State's attached documents to their Response to Motion for Preliminary Injunction | .2 |
| | Email from Richard Winger re appellate brief of State, methods of qualification, and different state requirements | .2 |
| 05-27-2019 | Rec. and rev. of email from Dr. Pakko | .1 |
| | Email to Dr. Pakko (.1) | N/C |
| 05-28-2019 | Email to Dr. Pakko re petition deadlines in Arkansas in the past, current deadline and hearing | .2 |
| | Email from Dr. Pakko re current and past Deadlines, election law changes, and hearing | .1 |
| | Email to Dr. Pakko re questions for hearing on June 4th, Affidavits, Exhibits, status of case, deadlines, and petitioning periods and timing | .2 |

Case 4:19-cv-00214-KGB   Document 87-3   Filed 10/12/22   Page 14 of 39

LPAR, et al. v. Thurston, etc.                                        P a g e | 13

| | | |
|---|---|---|
| | Email to Whit Hyman re filing of briefs, brief length, local rules, electronic signature, and filings (.3) | N/C |
| | TC w/ Tracy Washington, courtroom Deputy | .1 |
| | TC w/ Vincent Wagner | .1 |
| | Prep. of Exhibits for hrg. | .6 |
| | Prep. and filing of Exhibit list and Witness list for Plaintiffs for preliminary injunction hrg. | .4 |
| | Email to Dylan Jacobs, Nicholas Bronni, and Vincent Wagner with copies of Plaintiffs' Exhibits 1, 2, 3, 4, and 5 | .2 |
| | Rec. and rev. of Defendant's Witness and Exhibit list for preliminary injunction hearing | .2 |
| | Rec. of email from Dylan Jacobs and SOS data referenced in list as additional item not already submitted in preliminary injunction briefing | .1 |
| | Rec. and rev. of email from Dylan Jacobs re additional stipulation | .1 |
| | Email to Dylan Jacobs re additional proposed joint stipulations | .2 |
| 05-29-2019 | Email to Dylan Jacobs w/ revised and re-numbered Joint Stipulations of Fact and statement as to availability of witnesses, striking certificate of electronic service, and proposed stipulations | .2 |
| | Rec. and rev. of Defendant's Motion to Exclude Affidavit of Richard Winger | .7 |
| | Rec. of email from Richard Winger re notary costs (.1) | N/C |

LPAR, et al. v. Thurston, etc.                                        P a g e | **14**

|  |  |  |
|---|---|---|
|  | Email to Richard Winger re notary cost and check and mailing of notary fee to Winger ($15.00) | .2 |
|  | Email from Dylan Jacobs re numbered stipulations the State can agree to | .1 |
|  | Revision of Joint Stipulations of Fact w/ six stipulations both sides agree to and request for permission to file and email to Dylan Jacobs, Nicholas Bronni and Vincent Wagner | .5 |
|  | Email from Dylan Jacobs approving filing of Joint Stipulations of Fact | .1 |
|  | Prep. and filing of Joint Stipulations of Fact | .3 |
|  | Email to Dr. Pakko and Richard Winger with Joint Stipulations attached and commentary on attempts to obtain additional joint stipulations | .3 |
| 05-31-2019 | Prep. and filing of Response and Concise Statement with Supporting Authorities in Opposition to Defendant's Motion to Exclude Witness Affidavit of Richard Winger | 1.2 |
|  | Rec. and rev. of Defendant's Rebuttal Exhibit list for the preliminary injunction hrg. | .1 |
|  | TC w/ Whit Hyman | .2 |
| 06-01-2019 | Rev. of file, pleadings, and cases in prep. for hrg. | 2.7 |
|  | TC w/ Dr. Pakko re hearing, witnesses, mtg. (2) | .6 |
| 06-03-2019 | Rec. of email from Dylan Jacobs (.1) | N/C |
|  | Rec. and rev. of Order Authorizing Defendant's counsel to bring cell phone, laptop computer, etc., for preliminary injunction hrg. | .1 |
|  | Travel from Tulsa to Little Rock | 4.0* |
|  | Rev. of files and prep. for hrg. | 1.0 |

LPAR, et al. v. Thurston, etc.                                    P a g e | **15**

| | | |
|---|---|---|
| 06-04-2019 | Pre-hearing mtg. w/ Dr. Pakko and Whit Hyman | .5 |
| | Hrg. before Judge Kristine Baker re preliminary Injunction | 6.6 |
| | Conf. w/ client and lunch | 1.2 |
| | Post-hrg. conf. w/ clients | .3 |
| | Notice of Appearance for Jennifer Merritt and Christine Cryer | .1 |
| | Travel from Little Rock to Tulsa | 4.1* |
| | Rec. of filed Exhibit and Witness list by Plaintiffs and Exhibit and Witness list by John Thurston (.2) | N/C |
| 06-05-2019 | Rec. and rev. of docket correction re Exhibit list (.1) | N/C |
| 06-20-2019 | TC w/ Dr. Pakko | .1 |
| 06-27-2019 | TC w/ Dr. Pakko re action and pending decision | .2 |
| 7-01-2019 | TC w/ Marsha Mercer re case status and ballot access (.6) | N/C |
| | Email to Richard Winger re decision in LPAR v. Martin in 8th Circuit and possible effect on new LPAR v. Thurston case | .2 |
| | Email from Richard Winger re submission of petitions and notice to court (.1) | N/C |
| | Email to Richard Winger re standing and standard of review and case status (.1) | N/C |
| | Email from Richard Winger re petition signature status and 8th Circuit decision as to Arkansas's history of passing new unconstitutional laws | .1 |
| | TC to AG's office (secretary answered) (.1) | N/C |

LPAR, et al. v. Thurston, etc.                                        P a g e | **16**

| | | |
|---|---|---|
| 7-02-2019 | TC w/ Dylan Jacobs re status report or notice Re Local Rule 7.3(a) as to status of Libertarian Petition drive and signature turn in | .2 |
| | Email to Jacob White, Esq., re status of LPAR petition drive, limitation to 90 days, law that Secretary of State does not accept filings with insufficient signatures, and pending decision of District Court as to preliminary injunction with copies of emails to other attorneys | .2 |
| 7-03-2019 | TC from Whit Hyman re decision | .2 |
| | Rec. and rev. of decision from District Court | .5 |
| | Email to Winger and Dr. Pakko of decision | .2 |
| | TC from Winger | .2 |
| 7-05-2019 | Rec. of transcript notice | .1 |
| | TC w/ Bill Redpath (National Libertarian Party) (.2) | N/C |
| | Emails to Dr. Pakko re decision and Secretary of State (3) | .3 |
| 07-12-2019 | Rec. of Notice of Appeal to 8th Circuit | .1 |
| | Rec. and rev. of Defendant's Motion for Stay Pending Appeal and to Shorten Plaintiff's Time to Respond | .1 |
| | Rec. and rev. of Brief in Support of Defendant's Motion for Stay Pending Appeal and to Shorten Plaintiff's time to respond | .5 |
| 07-15-2019 | Rec. and rev. of Notification of Appeal | .1 |
| | Email to Dylan Jacobs of revised 26(f) report re proposed report sent to JCL and changes made and request for permission to file | .2 |
| | Prep. and filing of Joint Report of Rule 26(f) planning meeting | .3 |

LPAR, et al. v. Thurston, etc.                                    P a g e | **17**

| | | |
|---|---|---|
| 07-16-2019 | TC from Court Clerk's office re correction of Document | .1 |
| | Email of corrected document of Joint Report Of the Parties pursuant to Fed. R. Civ. P. 26(f) | .2 |
| | Notice of Docket correction (.3) | N/C |
| 07-17-2019 | Rec. and rev. of Order Granting in Part and Taking under advisement Motion to Stay Pending Appeal and to Shorten Plaintiffs' Time to Respond | .2 |
| 07-18-2019 | Rec. and rev. of U.S. Court of Appeals Fee Payment Receipt (.1) | N/C |
| 07-19-2019 | Rec. and rev. of 8th Circuit Docketing Letter and Briefing Schedule | .2 |
| | Legal research re stay pending appeal, balance of equities, state interests, severe burden, harm to Plaintiff, modicum of support and likelihood of success on merits | .9 |
| | Emails from Richard Winger (2)(.3) | N/C |
| 7-21-2019 | Email from Richard Winger re ballot access cases and appeal | .1 |
| | Legal research re appeal | 1.5 |
| 7-22-2019 | Prep. of appearance of counsel—JCL and filing in 8th Circuit | .3 |
| 07-24-2019 | Prep. and filing of Plaintiffs' Response and Concise Statement with Supporting Authorities In Opposition to Defendant's Motion for Stay Appeal and to Shorten Plaintiffs' time to respond | 1.7 |
| 7-25-2019 | Email from Vincent Wagner re Joint Appendix On Appeal and Record Designations | .1 |
| | Rec. and rev. of Motion for Leave to File Reply in Support of Defendant's Motion for Stay Pending Appeal w/ attached Reply | .6 |

LPAR, et al. v. Thurston, etc.                                          P a g e | **18**

|  |  |  |
|---|---|---|
|  | TC w/ Vickie Caudle re email from Vincent Wagner and Joint Appendix (2) | .2 |
|  | Rec. of Reply to Response | .1 |
|  | Rec. of Appearance by Vincent M. Wagner in 8th Circuit | .1 |
|  | Rec. of Appearance by Dylan Jacobs in 8th Circuit | .1 |
| 7-26-2019 | Email from Toni Hamp, Paralegal Arkansas AG's office re Defendant's Exhibit 11 (.1) | N/C |
|  | Notice of Docket Correction (.1) | N/C |
|  | Rec. and rev. of Method of Appendix-Preparation by Appellant for Joint Appendix | .1 |
|  | Rec. and rev. of Designation of Record filed by Appellant | .1 |
|  | Rec. and rev. of Statement of Issues filed by Appellant | .1 |
|  | Rec. and rev. of Certificate of Transcript filed by Appellant | .1 |
| 7-27-2019 | Rec. and rev. of Notification of Appendix-Preparation method | .1 |
|  | Rec. and rev. of Statement of Issues on Appeal | .1 |
|  | Rec. and rev. of Designation of Record | .2 |
|  | Rec. and rev. of Certificate of Transcript | .1 |
|  | Rec. of appearance in 8th Circuit of Nicholas (.1) Bronni | N/C |
|  | Rec. of appearance in 8th Circuit of Vincent (.1) Wagner | N/C |
|  | Rec. of appearance in 8th Circuit of Dylan (.1) Jacobs | N/C |

LPAR, et al. v. Thurston, etc.                                              P a g e | **19**

| | | |
|---|---|---|
| 7-29-2019 | Email from Dr. Pakko re Arkansas Libertarian Party, Inc. (.3) | N/C |
| | Prep. of Plaintiffs' initial disclosures and email of disclosures to attorneys and email ltr. re Secretary of State's ltr. to Dr. Pakko as to results on petition signatures | .5 |
| | TC w/ Dr. Pakko (2) | .2 |
| | TC w/ Whit Hyman (2) | .2 |
| | Rec. and rev. of corrected briefing schedule from 8th Circuit | .1 |
| 7-30-2019 | TC w/ Vincent Wagner re verification of Petition signatures | .2 |
| | Email to Jacob White, Esq., re phone conference w/ Vincent Wagner, ltr. by Secretary of State to Dr. Pakko showing results for verification of petition signatures and satisfaction by Libertarians of the 10,000 signature requirement, and copies of emails to Whit Hyman and other AG's | .2 |
| | Email from Vincent Wagner with Secretary's initial disclosures and phone conference and notice to court | .2 |
| | Email from Vincent Wagner re addition of Court's Order, DE 39, to Joint Appendix | .1 |
| | Email from Dr. Pakko re confirmation form (.1) | N/C |
| | TC w/ Vincent Wagner re copy of ltr. From Secretary of State | .1 |
| | Email to Jacob White, Esquire, with copies to Whit Hyman and the five AG's assigned to the case re Secretary of State's ltr of 07/29/2019 to Dr. Pakko as to the results of verification of the petition signatures | .2 |
| | Legal research | 6.2 |

LPAR, et al. v. Thurston, etc.                                    P a g e | **20**

| | | |
|---|---|---|
| 07/31/2019 | Email from Dr. Pakko re party name, official certification, and party officers, and potential stay of injunction | .1 |
| | Email to Dr. Pakko re party name | .1 |
| | Email from Dr. Pakko re party officers, party name | .1 |
| | Rec. and rev. of Christine Cryer withdrawal motion | .1 |
| 08-05-2019 | Rec. and rev. of Supplemental Brief in Support of Defendant's Motion for Stay Pending Appeal | .2 |
| | TC from Dr. Pakko re corporate disclosure statement | .1 |
| | Prep. and filing of Corporate Disclosure Statement in 8th Circuit | .3 |
| 08-06-2019 | Rec. and rev. of Defendant's Notice Regarding Defendant's Motion for Stay Pending Appeal | .1 |
| 08-08-2019 | Rec. and rev. of Motion for Stay Pending Appeal By Appellants | .6 |
| | Rec. and rev. of Notice in District Court of 8th Circuit Motion | .1 |
| 08-10-2019 | Legal research re Motion to Stay Pending Appeal | .4 |
| 08-12-2019 | Rec. and rev. of Order of District Court denying Motion to Stay of Preliminary Injunction Pending Appeal | .4 |
| | Rec. and rev. of Defendant's Reply in Support of Defendant's Motion for Stay Pending Appeal and Supplemental Declaration of Peyton Murphy | .5 |
| | Rec. and rev. of FRAP 28(j) ltr filed in 8th Circuit by Secretary Thurston | .2 |
| | Email to Dr. Pakko and Richard Winger re 28(j) ltr | .1 |

LPAR, et al. v. Thurston, etc.                                    P a g e | **21**

|            | Email from Richard Winger re petition deadline and Michigan, Pennsylvania, and South Dakota decisions (.3) | N/C |
|------------|---|-----|
| 08/13/2019 | TC from Court clerk re response to Rule 28(j) ltr | .1 |
|            | Email from Richard Winger re Constitution Party of Pennsylvania case (.2) | N/C |
|            | Prep. and filing of Appellee's Response in 8th Circuit to Appellant's 28(j) ltr. | .7 |
|            | Email to Dr. Pakko and Winger re 28(j) ltr. | .2 |
|            | Email from Winger (.2) | N/C |
| 08/17/2019 | Legal research and prep. of Appellees' Response in Opposition to Motion for Stay Pending Appeal and for Expedited Appeal | 6.4 |
| 08/19/2019 | Revisions and filing of Appellees' Response in Opposition to Motion for Stay Pending Appeal and for Expedited Appeal | 1.2 |
| 08/21/2019 | Rec. and rev. of 8th Circuit Order denying Appellant's Motion for a Stay Pending Appeal but granting Appellant's Motion for an Expedited appeal and setting of oral argument for week of December 9 through 13 in St. Louis | .1 |
| 08/26/2019 | Rec. of Notice of Transmitted Record on Appeal to U.S. Court of Appeals | .1 |
| 09/09/2019 | Rec. of Notice of filing in 8th Circuit of transcript of hearing | .1 |
|            | Rec. of Notice of Submission of Brief of Appellant Secretary of State and Addendum to Appellant's Brief | .2 |
| 09/10/2019 | Rev. of Brief of Secretary of State filed in 8th Circuit and email to Richard Winger and Dr. Pakko | .7 |
|            | TC w/ Dylan Jacobs re Joint Appendix | .1 |

LPAR, et al. v. Thurston, etc.                                    P a g e | **22**

|  | Rec. and rev. of email from Vincent Wagner with attached Volume I of the Joint Appendix | .1 |
|--|--|--|
|  | Rec. and email from Vincent Wagner of Volume II of the Joint Appendix | .1 |
|  | Rec. and rev. of email from Vincent Wagner Re Joint Appendix | .1 |
|  | Email from Richard Winger re Brief of Secretary of State filed in 8th Circuit | .2 |
|  | Rev. of Joint Appendix and Email to Vincent Wagner re suggested change on cover | .3 |
|  | Email from Vincent Wagner re correction to cover of Joint Appendix | .1 |
| 09-13-2019 | Rec. of copies of Appellant's Brief and Addendum | .1 |
| 09-23-2019 | Prep. of Brief of Plaintiffs-Appellees and review of Fed. Rules of Appellate Procedure and 8th Cir. Rules and outline for appeal | 1.0 |
| 09-29-2019 | Legal research and prep. of Brief of Plaintiffs-Appellees | 3.6 |
| 10-01-2019 | Prep. of Brief of Plaintiffs-Appellees | 1.4 |
| 10-05-2019 | Legal research and prep. of Brief of Plaintiffs-Appellees | 6.5 |
| 10-06-2019 | Legal research and prep. of Brief of Plaintiffs-Appellees | 2.5 |
| 10/11/2019 | Rec. of Notice of Deficiency as to point type size in footnotes and need for direct PDF conversion (.1) | N/C |
| 10/22/2019 | Rec. and rev. of Order from District Court granting Defendant's Motion to Relieve Christina A. Cryer as Co-Counsel for Defendant | .1 |
| 10/24/2019 | Copying of Brief of Plaintiffs/Appellees, ltr to Michael Gans, Clerk of 8th Circuit, mailing of Brief to AG's office | .9 |

LPAR, et al. v. Thurston, etc.                                    P a g e | **23**

| | | |
|---|---|---|
| 11/13/2019 | Emails from Dr. Pakko re filings and questions as to validity rate and mistakes made by Secretary of State's office (4) | .4 |
| | Rev. of Secretary of State's Reply Brief in 8th Circuit | 1.5 |
| | Email of Reply Brief in 8th Circuit to Dr. Pakko, Richard Winger, and Whit Hyman and notice of oral argument on December 11, 2019 | .2 |
| 11/15/2019 | Email from Dr. Pakko re suspicion of the 12,749 signatures for 2019 as valid which may have been a cut and paste error from 2017. Request for documentation and response by Secretary of State's office showing a list of 14,779 registered voters who had signed the petition without any acknowledge-ment of the original error | .2 |
| | Email to Dr. Pakko re potential error in petition count and need for confirmation from Secretary of State's office | .1 |
| 12/06/2019 | Email to Nicholas Bronni, Vincent Wagner, and Dylan Jacobs of email ltr and attachment to Plaintiffs-Appellees' Brief filed in the 8th Circuit on August 19, 2019—a copy of ltr of July 29, 2019 from Arkansas Secretary of State to Dr. Pakko, and suspicion that the 12,749 valid petition signature is incorrect, an amazing coincidence and the probability that the correct valid signature count should be 14,779 with a higher validity rate of 79% rather than 68%. Also transmitted the email correspondence between Dr. Pakko and Josh Bridges. Discussion as to why We have a duty to inform the Court of the error for which Plaintiffs-Appellees are not responsible. Suggested methods of notice for both the 8th Circuit and the District Court. | .3 |
| | Email from Nick Bronni re surprise as to the news that the signature validity rate is incorrect and need to check with the Secretary of State to confirm the correct number of signatures and notice the 8th Circuit | .1 |

LPAR, et al. v. Thurston, etc.                                                                P a g e | 24

| | | |
|---|---|---|
| 12/09/2019 | Email from Nick Bronni as to correct number of valid petition signatures and notice to 8th Circuit | .1 |
| 12/10/2019 | Travel from Tulsa to St. Louis | 5.9* |
| 12/11/2019 | Rev. of notes and prep. for oral argument | .6 |
| | Attendance at oral argument in St. Louis, Missouri, before 8th Circuit panel of Judges Melloy, Erickson, and Kobes | .7 |
| | Travel from St. Louis to Tulsa | 5.3 * |
| 12/12/2019 | Email from Whit Hyman re Arkansas Supreme Court decision re emergency clause and old law (.1) | N/C |
| 01/30/2020 | Email from Vincent Wagner re schedule for case in District Court until we receive 8th Circuit decision and need to modify scheduling times and trial date by the filing of a joint motion to continue proposed trial date and stay all deadlines | .1 |
| 02/03/2020 | Rec. and rev. of Joint Motion to Continue Proposed Trial Date and to Stay All Deadlines Pending Appeal | .1 |
| | Rec. and rev. of Order Granting Parties' Joint Unopposed Motion to Continue Proposed Trial Date and to Stay All Deadlines Pending Appeal | .1 |
| 05/06/2020 | Email from Dr. Pakko re petition problems | .1 |
| 05/13/2020 | Email to Whit Hyman re phone conference and current petition drive, Pakko Affidavit, and Summary Judgment Motion | .1 |
| 06/18/2020 | Rec. and rev. of Ltr. and decision of 8th Circuit affirming District Court decision | .6 |
| | Rec. and rev. of Judgment of 8th Circuit affirming District Court's Preliminary Injunction filed in District Court | .1 |
| | Email to Pakko and Winger with copy of decision of 8th Circuit | .2 |

Case 4:19-cv-00214-KGB   Document 87-3   Filed 10/12/22   Page 26 of 39

LPAR, et al. v. Thurston, etc.                                    P a g e | 25

|  | Email from Pakko re decision of 8th Circuit re party filing period, deadlines, legislative fix, and seeking a final judgment | .1 |
|---|---|---|
| 06/19/2020 | Email to Pakko re deadlines and filing period and summary judgment motion | .1 |
| 07/01/2020 | Prep. of Bill of Costs of Appellees and filing with 8th Circuit | .7 |
| 07/09/2020 | Rec. and rev. of Mandate of 8th Circuit in Accordance With the Opinion of Judgment of June 18, 2020, as filed in District Court | .1 |
|  | Rec. of Order from 8th Circuit awarding Appellee's Taxable costs on appeal of $131.33 against Appellant and to be placed in the previously issued Mandate by the U.S. District Court Clerk | .1 |
| 09/16/2020 | Email from Pakko re summary judgment and Party filing period | .1 |
|  | Email to Pakko re case status and party filing Period | .1 |
| 09/29/2020 | Email to Nicholas Bronni, Wagner, Jacobs, and Hyman re Joint Motion to Reset Dates and Summary Judgment Motion | .1 |
| 09/30/2020 | Email from Jacobs re Nick Bronni and Supreme Court and time to talk | .1 |
|  | Emails to Dylan Jacobs (3) | .2 |
|  | Email from Jacobs | .1 |
|  | TC w/ Dylan Jacobs | .2 |
| 10/02/2020 | Prep. of Joint Motion and email to Dylan Jacobs, Nicholas Bronni, Vincent Wagner, and Whitfield Hyman re proposed Joint Motion to Reset All Deadlines, a Proposed Trial Date, and a Status Conference with attached proposed Joint Motion | .3 |

| Date | Description | Hours |
|---|---|---|
| 11/17/2020 | Email to Nicholas Bronni, Vincent Wagner, and Dylan Jacobs re passage of deadline for Petition for Writ of Certiorari to U.S. Supreme Court, past email re proposed Joint Motion to Reset deadlines, proposed trial date, and status conference, and proposed changes to Joint Motion | .1 |
| 11/18/2020 | Email from Vincent Wagner re resending Joint Motion in Word format | .1 |
| | Email to Vincent Wagner of Joint Motion in Word format | .1 |
| | Filing of Joint Motion for Order to Reset all deadlines, proposed trial date, and a status conf. | .3 |
| 01/14/2021 | Rec. and rev. of Order from Judge Baker re decision on parties' joint motion to reset all deadlines, a proposed trial date, and a status conference | .1 |
| | Email to Michael Pakko and Richard Winger re Order of Judge Baker on Joint Motion filed in November, proposed Stipulations, etc. | .1 |
| 01/18/2021 | Email from Michael Pakko re lawsuit status, Legislative proposed changes, and future legal Proceedings | .1 |
| | Email from Richard Winger re case status, proposed changes for legislation, and improved vote test | .1 |
| 01/19/2021 | Email to Michael Pakko re proposed legislative changes, lawsuit status, costs and attorney fees, and contact with AG's office re proposed legislation | .2 |
| 01/21/2021 | Email from Michael Pakko re ballot retention, proposed legislation, lawsuit | .1 |
| 01/26/2021 | Email from Debra Williams, law clerk to Judge Baker, re status conference | .1 |
| | Rec. and rev. of email from Michael Pakko with attached proposed legislative changes as to ballot access | .2 |

LPAR, et al. v. Thurston, etc.                                          P a g e | **27**

| | | |
|---|---|---|
| 01/27/2021 | Telephone status conference w/ Judge Baker, Dylan Jacobs, Vincent Wagner, and Whit Hyman re proposed legislation, new preliminary injunction motion, new and updated Joint Stipulation of Fact from May of 2019, summary judgment motion deadlines, use of preliminary injunction transcript and evidence on SJ motions, and new scheduling order | .5 |
| | Rec. and rev. of court minute re status conf. (.1) | N/C |
| | Memo to file re telephone conference of January 27, 2021 | .2 |
| | Rev. of trial court's decision of July 3, 2019, in Libertarian Party of Arkansas v. Thurston, 394 F.Supp.3d 882 (E.D. Ark., July 3, 2019) | .3 |
| | Email to Dylan Jacobs, Vincent Wagner, Nicholas Bronni, and Whit Hyman re TC w/ Judge re stipulations the Judge would like us to file within 10 days re preliminary injunction w/ attached single page of preliminary injunction decision | .2 |
| 02/04/2021 | Email to Dylan Jacobs, Vincent Wagner, Nicholas Bronni, and Whit Hyman re Joint Stipulation | .1 |
| | Email from Dylan Jacobs re agreement of the effect of the preliminary injunction of July 3, 2019, as to the 2020 election cycle | .1 |
| | TC w/ Dylan Jacobs re joint stipulations (2) | .3 |
| | Filing of Joint Stipulation as to the Continuing Effect of the District Court's Preliminary Injunction Order of July 3, 2019, and Joint Stipulations of Fact | .2 |
| 04/05/2021 | Email to Dr. Pakko re petition status, lobbying, and case status | .1 |
| | Email from Richard Winger (.1) | N/C |
| | Email from Dr. Pakko re lobbying, petition drive, deadline, and case | .2 |

LPAR, et al. v. Thurston, etc.                                    P a g e | **28**

| 05/03/2021 | Rec. and rev. of Order from Court re summary judgment motions, responses, and deadlines | .2 |
| 05/06/2021 | Email from Pakko re petitioning problems | .1 |
| 05/13/2021 | Email to Whit Hyman re phone conference and current petitioning problems, and summary judgment | .1 |
| 05/17/2021 | Prep. of rough draft of Pakko Affidavit and email to Pakko | .7 |
|  | Email from Whit Hyman re petitioning problems | .1 |
|  | Email to Whit Hyman re petitioning problems | .1 |
| 05/18/2021 | Revision of Pakko Affidavit re lobbying of General Assembly, mistakes in counting of petitions and email to Pakko | .4 |
| 05/19/2021 | Email from Pakko re corrections and current petition drive | .1 |
|  | Email to Pakko re Affidavit, petition drive, Summary Judgment Motion, Brief, and Statement of Undisputed Facts | .1 |
| 05/20/2021 | Revision of Pakko Affidavit and email to Pakko | .4 |
|  | Email from Pakko re Affidavit changes | .2 |
| 05/21/2021 | Revision of Pakko Affidavit, Exhibit 7 as to Act 1356, new petition drive, and email to Pakko | .5 |
|  | Email to Pakko, revision of Pakko Affidavit adding Exhibit 8, 12/10/19 ltr. of Thurston to Pakko | .5 |
| 05/22/2021 | Prep. Of Plaintiffs' Statement of the Material Facts Which They Contend There is No Genuine Dispute to be Tried | 1.5 |
| 05/23/2021 | Email to Pakko re current petition drive and Affidavit changes as to 2024 election | .1 |
|  | Email from Pakko re petition drive and Affidavit | .1 |

LPAR, et al. v. Thurston, etc.                                    P a g e | **29**

|            |                                                                                                           |     |
|------------|-----------------------------------------------------------------------------------------------------------|-----|
|            | Email to Pakko re petition drive, Affidavit, and effects of Covid-19                                      | .1  |
|            | Email from Pakko re Covid-19 and petition drive                                                           | .2  |
| 05/24/2021 | Legal research and prep. of Brief in Support of Motion for Summary Judgment                               | 3.0 |
|            | Email to Pakko, revised Affidavit, Covid-19                                                                | .4  |
|            | Prep. of Affidavit of Pakko with revisions                                                                | .5  |
|            | Review of Affidavit of Pakko, 2024 election, Covid-19, 90-day petitioning limit, Christmas Eve deadline, current petition drive update, and email to Pakko | .4  |
|            | Email of corrected page 10 of Pakko Affidavit to Pakko                                                    | .2  |
| 05/25/2021 | Emails from Pakko re Affidavit (2)                                                                         | .1  |
|            | Revision and update of Pakko Affidavit as to petition signatures, revision of page 6 of Affidavit, and emails to Pakko (4) | .3  |
|            | Emails to Whit Hyman re summary judgment brief (3)                                                        | .2  |
|            | Email from Whit Hyman (.2)                                                                                 | N/C |
| 05/26/2021 | Rec. and rev. of email from Vincent Wagner re request for extension and possible joint motion             | .1  |
|            | Email to Vincent Wagner re extension request                                                              | .1  |
|            | Prep. Of Plaintiffs' Memorandum Brief in Support Of Their Motion for Summary Judgment                     | 4.0 |
|            | Emails to Pakko re corrected page 6 of Affidavit and status on petition drive (2)                         | .2  |
| 05/27/2021 | Prep. Of Summary Judgment Motion, Statement Of Material Facts, and Brief in Support Thereof               | 5.5 |

LPAR, et al. v. Thurston, etc.                                      P a g e | **30**

|            | Preparation for filing of pleadings and exhibits and filing of Plaintiffs' Motion for Summary Judgment with Exhibits 1 through 8 attached, Statement of the Material Facts Which Plaintiffs Contend There is No Genuine Dispute to be Tried, and Plaintiffs' Memorandum Brief in Support of Their Motion for Summary Judgment | .5 |
|------------|---|---|
| 05/28/2021 | TC w/ Court Clerk re correction to Designation on Statement of Material Facts which Plaintiffs Contend there is no Genuine Dispute to be Tried (.1) | N/C |
|            | Email to Court Clerk re correction to filing and Corrected Designation as to Plaintiffs' Statement of Material Facts (.3) | N/C |
|            | Email from Court Clerk re correction (.1) | N/C |
|            | Email to Court Clerk re correction (.1) | N/C |
|            | Rec. and rev. of corrected filing from Court Clerk (.1) | N/C |
| 06/01/2021 | Email from Pakko re current petition drive | .1 |
|            | Email to Pakko re petition drive update | .1 |
| 06/02/2021 | Email from Pakko re latest update on petition drive and projections for next 27 days | .1 |
|            | Email to Pakko re latest update on petition drive and analysis of effects of Covid-19 on petition drive this year as compared to the 2019 petition drive | .2 |
| 06/07/2021 | Correction of typo on page 25 of Brief and emails to court clerk (2)(.3) | N/C |
|            | Emails from court clerk, Jake Kornegay, re correction to Brief (2)(.2) | N/C |
| 06/08/2021 | Email from court clerk (.1) | N/C |
|            | Rec. and rev. of filing of correction to Brief (.1) | N/C |
|            | Email from Vincent Wagner re TC conf. | .1 |

LPAR, et al. v. Thurston, etc.                                    P a g e | 31

| | | |
|---|---|---|
| 06/09/2021 | TC w/ Vincent Wagner re extension of time | .1 |
| | Email from Vincent Wagner re extension of time and proposed unopposed Motion for extension of Summary Judgment deadlines | .1 |
| | Emails to Dr. Pakko re status of petition drive (2)(.2) | N/C |
| | Email to Vincent Wagner and Whit Hyman Re extension of time motion | .1 |
| | Email from Dr. Pakko re current status of petition drive as to page signatures and volunteer signatures and future petitioning | .2 |
| 06/10/2021 | Email from Robert Kraus, Operations Director, Libertarian National Committee, re petition drive in Arkansas (.1) | N/C |
| | Emails to Vincent Wagner re Unopposed Motion for Extension of Summary Judgment deadlines and suggested changes by Plaintiffs (2) | .1 |
| | Email from Vincent Wagner of revised Motion | .1 |
| | Rec. and rev. of Motion to Extend Time to file Motion for Summary Judgment and Responses | .1 |
| | Rec. and rev. of Order of Court re extension of Summary Judgment Motion deadline | .1 |
| | Email from Robert Kraus re petition drive (.1) | N/C |
| 06/11/2021 | Rec. and rev. of corrected Court order re extension of summary judgment motion deadline (.1) | N/C |
| 06/21/2021 | Email to Dr. Pakko re petition drive status | .1 |
| | Email to Whit Hyman re petition drive status (5) | .3 |
| | Emails from Whit Hyman re petition drive (4)(.3) | N/C |
| | Email from Dr. Pakko re petition drive and date for turn-in of petitions to Secretary of State | .1 |

LPAR, et al. v. Thurston, etc.                                    P a g e | 32

|  |  |  |
|---|---|---|
|  | Email to Dr. Pakko return in and update (.1) | N/C |
| 06/23/2021 | Emails from Dr. Pakko re current status of petition drive, turn in date, effect of Covid-19 and other factors, and additional petition signatures (2) | .2 |
|  | Emails to Dr. Pakko, Whit Hyman, and Bill Redpath re petition drive status, validity rate, past petition drive, turn in date, and additional petition signatures (2) | .2 |
| 06/28/2021 | Email to Dr. Pakko re Petition turn-in and Final count | .1 |
| 06/29/2021 | Emails from Dr. Pakko re Petition turn-in and Final count (2) | .2 |
|  | Email to Dr. Pakko re final petition count And expected validity rate | .1 |
| 06/30/2021 | Email to Dr. Pakko re validity rate, Secretary Of State's checking of petition signatures, and Possible need for Motion to Extend Petitioning Time | .1 |
|  | Email from Dr. Pakko (.1) | N/C |
| 07/20/2021 | Rec. and rev. of email from Dr. Pakko with copy of letter from Secretary Thurston to Dr. Pakko re successful petition drive | .1 |
|  | Email to Dr. Pakko and Richard Winger re petition drive and case status | .1 |
| 07/21/2021 | Email to Vincent Wagner with copy of ltr from Secretary Thurston to Dr. Pakko | .1 |
| 07/22/2021 | Email from Vincent Wagner re ltr (.1) | N/C |
| 08/12/2021 | Rec. and rev. of Defendant's Motion for Summary Judgment with attached exhibit, Combined Response to Plaintiff's Statement of Undisputed Material Facts; and Statement of Undisputed Material Facts, and Defendant's Combined Brief in Opposition to Plaintiff's Motion for Summary Judgment; and in |  |

Case 4:19-cv-00214-KGB   Document 87-3   Filed 10/12/22   Page 34 of 39

LPAR, et al. v. Thurston, etc.                                    P a g e | 33

|            | Support of Defendant's Motion for Summary Judgment | 3.0 |
|------------|----------------------------------------------------|-----|
| 08/27/2021 | TC w/ Dr. Pakko re case status, brief, response to Defendant's filings, and supplemental affidavit for Dr. Pakko | 1.0 |
| 08/31/2021 | Email from Vincent Wagner re request for additional extension of time and Joint Motion | .1 |
|            | Email to Vincent Wagner responding to request for extension of time | .1 |
| 09/01/2021 | Email from Vincent Wagner with proposed draft joint motion for extension of time | .1 |
|            | Prep. of rough draft of Supplemental Affidavit of Dr. Pakko as per telephone conference of 08/27/2021, revisions thereto, email to Dr. Pakko, re Supplemental Affidavit and AG's office asking for additional time to file responses and reasons therefor | .8 |
| 09/03/2021 | Email to Vincent Wagner re joint motion for extension of time | .1 |
|            | Rec. and rev. of Joint Motion for Extension of Time | .1 |
| 09/05/2021 | Legal research re Tennessee, Colorado, Ohio, Missouri, Kentucky, Illinois, Indiana, Massachusetts, Michigan, Mississippi, Montana, Nebraska, Nevada, New Hampshire ballot access and retention laws | 2.7 |
| 09/06/2021 | Legal research re Utah, West Virginia, New Mexico, Oklahoma, Maine, Maryland, Louisiana, Delaware, California, Alabama, and Arizona ballot access and retention laws | 2.3 |
| 09/07/2021 | Rec. and rev. of Order from Court granting Joint Motion for Extension | .1 |
| 09/08/2021 | Prep. of revisions to supplemental affidavit of Dr. Pakko and email to Dr. Pakko | .5 |

LPAR, et al. v. Thurston, etc.                                        P a g e | **34**

| 09/09/2021 | Rec. and rev. of email from Dr. Pakko re case status and supplemental affidavit and laws of other states | .1 |
|---|---|---|
| | Email to Dr. Pakko re case status, supplemental affidavit, and further research | .2 |
| 09/11/2021 | Revision and correction of Dr. Pakko's Supplemental Affidavit | .7 |
| | Rev. and legal research re Reply and Response Brief | 1.5 |
| 09/13/2021 | Email of revised and corrected Supplemental Affidavit for Dr. Pakko to Dr. Pakko, Whit Hyman, and Richard Winger | .2 |
| 09/14/2021 | Revision of Supplemental Affidavit for Dr. Pakko and email to Dr. Pakko, Whit Hyman, and Richard Winger | .3 |
| | Rec. and rev. of email from Dr. Pakko re Defendant's undisputed facts, LPAR's no primary status, legislative fix, ballot retention, entire ballot-access regime, and suggestions for revisions and updates to Supplemental Affidavit | .3 |
| 09/15/2021 | Revision of Supplemental Affidavit, Email to Dr. Pakko, and suggested changes by Dr. Pakko | .2 |
| | Rec. and rev. of email from Dr. Pakko re Supple-Mental Affidavit, revision, and status of case | .1 |
| | Legal research and preparation of Combined Reply and Response Brief | 2.5 |
| 09/16/2021 | Rec. and rev. of email from Richard Winger re Dr. Pakko's Supplemental Affidavit and ballot access laws of South Carolina, Rhode Island, Alabama, and Texas | .2 |
| 09/21/2021 | Legal research and prep. and revision of Combined Reply and Response Brief | 2.5 |
| 09/22/2021 | Legal research and prep. and revision of Combined Reply and Response Brief | 1.4 |

| Date | Description | Hours |
|------|-------------|-------|
| 09/23/2021 | Legal research re other state ballot access laws mentioned by Defendant | 1.2 |
| | Prep. and filing of Concise Statement of the Material Facts as to Which the Plaintiffs Contend a Genuine Dispute Exists with Exhibit 9, Supplemental Affidavit of Michael Pakko attached and Combined Reply Brief in Support of Plaintiffs' Motion for Summary Judgment and in Response to Defendant's Motion for Summary Judgment | .5 |
| 10/14/2021 | Rec. and rev. of Defendant's Reply in Support of Motion for Summary Judgment | .4 |
| | Email of Defendant's Reply in Support of Motion for Summary Judgment along with commentary to Dr. Pakko and Richard Winger | .2 |
| | Rec. and rev. of email from Richard Winger re Defendant's Reply in Support of Motion for Summary Judgment as to misstatements in Reply Brief (.2) | N/C |
| 10/15/2021 | Email to Richard Winger re concerns as to misstatements in Reply Brief by Defendant (.2) | N/C |
| | Email to Whit Hyman re request for his time sheet as to work on case | .2 |
| | Email from Dr. Pakko re Defendant's Reply in Support of Motion for Summary Judgment | .1 |
| | Email to Dr. Pakko re his comments on Defendant's Reply in Support of Motion for Summary Judgment | .2 |
| 2/14/2022 | Rec. & rev. of Vincent M. Wagner to withdraw as Counsel for Defendant | .1 |
| 2/15/2022 | Rec. & rev. of Order from Court allowing Vincent M. Wagner to withdraw as Counsel for Defendant | .1 |
| 9/15/2022 | TC Conf. w/ Dr. Pakko, Whit Hyman, and James Linger re case status | .3 |

LPAR, et al. v. Thurston, etc.                                        P a g e | 36

| Date | Description | Time |
|---|---|---|
| 9/16/2022 | TC from Dylan Jacobs, Assistant Attorney General, re case status and Motion report for 10/1/22 | .3 |
| 9/30/2022 | Texts from Whit Hyman re Opinion and Order, Emailings, sending decision to Dr. Pakko, and Billing statements (7)(.2) | N/C |
| | Texts to Whit Hyman re decision, sending decision to Dr. Pakko, and billing statements(10) | .2 |
| | Review of Opinion and Order of Court and Judgment of Court | .7 |
| 10/03/2022 | Review of file and email to Whit Hyman | .3 |
| 10-04-2022 | Text to Whit Hyman re attorney fees (.1) | N/C |
| | Text from Whit Hyman re attorney fees (.1) | N/C |
| 10-05-2022 | Prep. of Bill of Costs with Plaintiffs' Exhibits 1 and 2 and Memorandum Brief in Support of Plaintiffs' verified Bill of Costs with supporting Exhibit A | .8 |
| | TC w/ District Court Clerk re Bill of Costs and filing thereof (2) | .1 |
| | Filing w/ District Court Clerk Bill of Costs w/ Exhibits 1 and 2 and Memorandum Brief in Support of Plaintiffs' Verified Bill of Costs w/ supporting Exhibit A | .3 |
| | Texts to Whit Hyman re Bill of Costs, Attorney Fee Application, Current Billing Rate, and Whit Hyman's Time Sheet (4) | .2 |
| | Texts to James C. Linger from Whit Hyman re Attorney Fee Application, Billing Charges, and Time Sheet (3)(.2) | N/C |

LPAR, et al. v. Thurston, etc.                                    P a g e | **37**

| | | |
|---|---|---|
| 10-06-2022 | Prep. of preliminary Motion for Attorney Fees, Brief in Support, and Affidavit, and Legal Research re attorney fees, judgment, prevailing party, fee standard, and 8th Circuit cases | 1.9 |
| 10-07-2022 | Texts to Whit Hyman re final time sheet and Affidavit (2) | .1 |
| | Texts from Whit Hyman re time sheet and Affidavit (.1) | N/C |
| 10-08-2022 | Texts to Whit Hyman re time sheet and Affidavit (5)(.2) | N/C |
| | Texts from Whit Hyman re time sheet and Affidavit (3)(.1) | N/C |
| | Rec. and rev. of email of Affidavit and Time Sheet from Whit Hyman | .2 |
| 10-09-2022 | Texts from Whit Hyman re corrections and deletions to time sheet (.1) | N/C |
| | Texts to Whit Hyman re finalizing Affidavit and time sheet (3)(.2) | N/C |
| 10-10-2022 | Rec. and rev. of notarized Affidavit and Time Sheet from Whit Hyman | .1 |
| | Prep. of Plaintiffs' Motion to Set Amount of Reasonable Attorney's Fees, Affidavit of James C. Linger, with Exhibits and Plaintiffs' Memorandum Brief in Support Thereof | 1.5 |
| 10-12-2022 | Revision of Plaintiffs' Affidavit of James C. Linger with Exhibits and Memorandum Brief in Support Thereof | .5 |
| | Filing of Plaintiffs' Motion for Reasonable Attorney's Fees, with attached Exhibits, and Plaintiffs' Memorandum Brief in Support of their Motion to Set Amount of Reasonable Attorney's Fees with Affidavits in Support Thereof | .4 |

LPAR, et al. v. Thurston, etc.                                              P a g e | **38**

Total Attorney Hours for James C. Linger          224.2
Less Total No Charge Attorney Hours              - 13.0
Total Chargeable Attorney Hours                   211.2

Net Attorney Hours @$250.00/hr.*    19.3                    $  4,825.00
Net Attorney Hours @$300.00/hr.    191.9                    $57,570.00
Total                                                       $62,395.00

<u>Costs</u>:

3/26/2019 Certificate of Good Standing
   from Court Clerk ND Oklahoma        $19.00
3/27/2019 Fed-Ex to Whit Hyman              $27.68
5/29/2019 Notary Fee—Richard Winger         $15.00
6/3-4/2019 LaQuinta Inn, Little Rock        $71.01
12/10/2019 – 12/11/2019 Airline Fare
   and hotel in St. Louis ($433.74)       N/C

    Total Non-Taxable Costs                          $   132.69

Total Chargeable Attorney's Fees and Non-Taxable Costs      $62,527.69