IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

LIBERTARIAN PARTY OF ARKANSAS,
SANDRA CHANEY RICHTER,
MICHAEL PAKKO,
RICKY HARRINGTON, JR.,
CHRISTOPHER OLSON, and
MICHAEL KALAGIAS,                             PLAINTIFFS

Case No. 4:19-cv-00214-KGB

JOHN THURSTON, in his official
capacity as Secretary of State for
the State of Arkansas,                                       DEFENDANT

# ATTACHMENT

# PLAINTIFFS' EXHIBIT "4"

# NON-TAXABLE COSTS AND EXPENSES OF JAMES C. LINGER

```
&%RP&%D1&%RPCourt Name: Northern District Ok
lahoma
Division: 4
Receipt Number: TOK043793
Cashier ID: sclark
Transaction Date: 03/26/2019
Payer Name: JAMES C LINGER
------------------------------------
CERTIFICATE OF GOOD STANDING
 For: JAMES C LINGER
 Amount:       $19.00
------------------------------------
CHECK
 Check/Money Order Num: 2005
 Amt Tendered: $19.00
------------------------------------
Total Due:      $19.00
Total Tendered: $19.00
Change Amt:     $0.00
```

"Only when bank clears the check, money order, or verifies credit of funds is the fee or debt officially paid or discharged. a $53 fee will be charged for a returned check."

For FedEx --   *Sent 3/27/19*

From:

James C. Linger
Attorney at Law
1710 South Boston Avenue
Tulsa, OK 74119-4810
(918) 585-2797

*by 10:30 A.M.*
*3/28/19*

To:

W. Whitfield Hyman, Esq.
King Law Group, PLLC
300 North 6th Street
Fort Smith, Arkansas 72901
(901) 413-2625

# FedEx Office

Address: 2828 E 11TH ST
TULSA
OK 74104
Location: TULKK
Device ID: -BTC01
Transaction: 930226779555

---

**FedEx Priority Overnight**
786294485791   0.4 lbs. (S)   27.68
Declared Value   100

Recipient Address:
W Whitfield Hyman, Esq.
KING LAW GROUP, PLLC
300 N 6TH ST
FORT SMITH, AR 72901
9014132625

Scheduled Delivery Date 03/28/2019

Pricing option:
STANDARD RATE

Package Information:
FedEx Envelope

| | |
|---|---|
| Shipment subtotal: | $27.68 |
| Total Due: | $27.68 |
| Check: 2008 | $27.68 |

M = Weight entered manually
S = Weight read from scale
T = Taxable item

Terms and Conditions apply. See
fedex.com/us/service-guide for details.

Visit us at: fedex.com
Or call 1.800.GoFedEx
1.800.463.3339

Mar 27, 2019 5:02:34 PM

Customer Number: ▬▬▬▬
Statement Date: 06/30/19
Statement Period: 06/01/19 - 06/30/19
Page Number: 3 of 3

```
JAMES C. LINGER ATTORNEY AT LAW          39-1212/3550    2032
         IOLTA ACCOUNT
  1710 S. BOSTON AVE. PH. 918-935-2797
         TULSA, OK 74119              DATE  5/29/2019

PAY TO THE
ORDER OF  Richard Winger                    $ 15 00/100
          Fifteen and 00/100                  DOLLARS

IBC BANK.                             IBC Free CHECKING
  We Do More
Oklahoma Branches (405) 911-2372

MEMO  L. Phil V. Thurston (Notary)    James C. Linger
                              2032
```

2032    $15.00    06/14/2019



LA QUINTA BY WYNDHAM
DOWNTOWN CONFERENCE CENTER
617 S BROADWAY
LITTLE ROCK, AR  72201 US
Phone: 5013749000
Fax: 5013749009
Email: lq2010gm@laquinta.com
Hotel ID: 64587
Printed: 6/4/2019 8:13:40 AM

# Folio (Detailed)

| | | | | |
|---|---|---|---|---|
| Name: | LINGER, JAMES | | Confirmation Number: | 89540EC007698 |
| | | | Account Number: | 613-903808 |
| Address: | 1230 s owasso ave | | | |
| | Tulsa, OK  74120 US | | | |
| Room: | 1116 | Room Type: NK1 | Nights: 1 | Guests: 1/0 |
| Rate Plan: | SSR | Daily Rate: $61.75 + $9.26 Tax | GTD: VI - VISA | |
| Arrival: | 6/3/2019 (Mon) | Departure: 6/4/2019 (Tue) | XXXX XXXX XXXX 0051 | |

Room Rate:

6/3/2019 (Mon) - 6/3/2019 (Mon)     $61.75 + $9.26 Tax per night.

| Date | Code | Description | Amount | Balance |
|---|---|---|---|---|
| 6/3/2019 | RM | ROOM CHARGE | $61.75 | $61.75 |
| 6/3/2019 | OCTXST | TAX - OCCUPANCY - STATE | $6.79 | $68.54 |
| 6/3/2019 | OCTXCI | TAX - OCCUPANCY - CITY | $2.47 | $71.01 |
| 6/4/2019 | VI | VISA (0051) 03499C | ($71.01) | $0.00 |

# Summary

| Room | Tax | F&B | Other | CC | Cash | DB |
|---|---|---|---|---|---|---|
| $61.75 | $9.26 | $0.00 | $0.00 | ($71.01) | $0.00 | $0.00 |

Wyndham Rewards members earn valuable points on qualifying stays at nearly 7,000 hotels around the world. Points can be redeemed for free nights, gift cards, merchandise and more. If you're not already a member, join at the front desk, visit us at www.wyndhamrewards.com or call 1-866-WYN-RWDS.

Guest Signature: _____

(1) Regardless of charge instructions, the undersigned acknowledges the above as personal indebtedness. (2) This property is privately owned and management reserves the right to refuse services to any one, and will not be responsible for injury or accidents to guests or loss of money, jewelry or any personal valuables of any kind. "We or our affiliates may contact you about goods and services unless you call 888-946-4283 or write to Opt Out/Privacy, Wyndham Hotel Group, LLC, 22 Sylvan Way, Parsippany, NJ 07054 to opt out. View our website about privacy."

## Choose your room

## Enter your details

### Your booking details

**Check-in:**
Monday, 3 June 2019 from 15:00

**Check-out:**
Tuesday, 4 June 2019 until 12:00

**Total length of stay:**
1 night

**You selected:**
Double Room with Two Double Beds

### Your booking includes

Breakfast
Free WiFi
Free parking

### Your price summary

| | |
|---|---:|
| Room | US$65 |
| 15 % Tax | US$9.75 |
| Price | US$74.75 |
| (for 2 guests) | |

No Surprises! Final price.

### Your payment schedule

No payment today. You'll pay when you stay.

### How much will it cost to cancel?

| | |
|---|---:|
| If you cancel, you'll pay | US$65 |

Do you have a reward?



La Quinta Downtown
★★★ 🏨 ✈ Airpo
🍴 1 restaurant on si
617 South Broadv
✓ This property ha
  **Remind yourse**
✓ One of our top p

## Enter your info

**Country/region ***

USA

*No address needed for this reservation*

**Telephone (mobile number preferred) ***

+19186953801

*Needed by the property to validate your booking*

☑ Yes, I'll keep my confirmation handy in the app! Send me a link by text message to the mobile number above.

✓ Your booking includes:  • Breakfast  • Free WiFi  • Fr

⚠ **Oops! You missed a bit. Please fill in these**
Card type

## How do you want to pay?

ℹ Your card won't be charged, we only need your card details

2                                                                6/2/2019, 12:19 PM

⏰  **Limited supply in Little Rock: 3-star hotels**
2 hotels like La Quinta by Wyndham Downtown Conference Center are already unavailable!

### The fine print

Guests are required to show a photo identification and credit card upon check-in. Please note that all Special Requests are subject to availability and additional charges may apply.

**Card type ***

Visa

**Card number ***

[redacted]

**Expiry date ***

10 - Oct  /  2022

**CVC-code**

You do not need to enter a CVC code for this booking.

Your booking is with La Quinta by Wyndham Downtown Confer booking you agree to the **booking conditions**, **general terms**,