IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**LIBERTARIAN PARTY**                                                         **PLAINTIFFS**
**OF ARKANSAS,** *et al.*

v.                      Case No. 4:19-cv-00214-KGB

**JOHN THURSTON, in his official**
**capacity as Secretary of State for**
**the State of Arkansas**                                          **DEFENDANT**

**ORDER**

Before the Court is the unopposed motion for extension of time to respond to plaintiffs' motions for costs and attorneys' fees of defendant John Thurston, in his official capacity as Arkansas Secretary of State (Dkt. No. 88). Secretary Thurston states that his current deadline to respond to plaintiffs' motion for costs is October 19, 2022, and his current deadline to respond to plaintiffs' motion for attorneys' fees is October 28, 2022 (*Id.*). Secretary Thurston seeks an extension of time until November 18, 2022, to respond to both motions because of other obligations including a bench trial that started October 17, 2022, and is expected to continue for the remainder of the week (*Id.*). Secretary Thurston asserts that plaintiffs do not oppose the requested extension (*Id.*). For good cause shown, the Court grants Secretary Thurston's unopposed motion for extension of time to respond to plaintiffs' motions for costs and attorneys' fees (*Id.*). Secretary Thurston's deadline to respond to plaintiffs' motions for costs and for attorneys' fees is extended to, and including, November 18, 2022.

It is so ordered this 20th day of October, 2022.

                                                                             _____
                                                                             Kristine G. Baker
                                                                             United States District Judge