**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**LIBERTARIAN PARTY**                                                                        **PLAINTIFFS**
**OF ARKANSAS,** *et al.*

v.                              Case No. 4:19-cv-00214-KGB

**JOHN THURSTON, in his official**
**capacity as Secretary of State for**
**the State of Arkansas**                                                                   **DEFENDANT**

## AMENDED JUDGMENT

Pursuant to the Order entered in this matter on this date, it is considered, ordered, and adjudged that judgment is entered in favor of plaintiffs Libertarian Party of Arkansas, Sandra Chaney Richter, Michael Pakko, Ricky Harrington, Jr., Christopher Olson, and Michael Kalagias. The Court declares unconstitutional Arkansas Code Annotated §§ 7–7–101, 7–7–203(c)(1), 7–7–205(a)(2), 7–7–205(a)(4)(B), 7–7–205(a)(6), and 7–7–205(c)(3) both facially and as applied to plaintiffs for the 2019–2020 and all subsequent Arkansas General Election cycles. Secretary Thurston, in his official capacity as Arkansas Secretary of State, together with his agents, servants, and employees, and all persons in active concert or participation with him, are enjoined from enforcing Arkansas Code Annotated §§ 7–7–101, 7–7–203(c)(1), 7–7–205(a)(2), 7–7–205(a)(4)(B), 7–7–205(a)(6), and 7–7–205(c)(3) consistent with the terms of the Court's Order.

On this date, the Court amends the Judgment to reflect that in an Order dated September 29, 2023, the Court awarded plaintiffs Libertarian Party of Arkansas, Sandra Chaney Richter, Michael Pakko, Ricky Harrington, Jr., Christopher Olson, and Michael Kalagias $631.33 in costs pursuant to plaintiffs' bill of costs, as well as reasonable attorney's fees in the amount of $59,265.00 and costs in the amount of $132.69 for a total of $59,397.69 in attorney's fees and

costs for James C. Linger, and attorney's fees in the amount of $5,025.00 and costs in the amount of $75.75 for a total of $5,099.75 in attorney's fees and costs for W. Whitfield Hyman.

So adjudged this 29th day of September, 2023.

_____
Kristine G. Baker
United States District Judge